

# SCARPONE & VARGO LLC

50 PARK PLACE  SUITE 1003  NEWARK  NEW JERSEY  07102
973.623.4101  FAX: 973.623.4181  WWW.SCARPONEVARGO.COM

June 15, 2010

<u>Via ECF, Email and First Class Mail</u>
Hon. Novalyn L. Winfield, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

      Re:   <u>Stanziale v. Budd Larner</u>
             Case No.: 08-1129 (NLW)

Dear Judge Winfield:

    We write to inform the Court that the parties in this matter have agreed to settle all claims. Of course, we recognize the settlement terms require approval of the Bankruptcy Court so details of the settlement terms will follow in a subsequent submission.

                                Respectfully submitted,

                      By:   /s/ Bruce D. Vargo
                            BRUCE D. VARGO

BDV:ev
cc:    A. Michael Covino, Esq. (via email and first class mail)
       Benjamin A. Stanziale, Jr., Esq. (via email and first class mail)